UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

 Plaintiff,          Case No. 3:25-cr-29

vs.

JUAN DIEGO HERNANDEZ-GARFIA,   District Judge Michael J. Newman

 Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 17); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 1 AND 2 OF THE INFORMATION; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

 This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17), recommending that the Court accept Defendant's guilty plea.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court **ACCEPTS** Defendant's plea of guilty as charged in Counts 1 and 2 of the Information, which charge Defendant with distribution of a controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and possession of a controlled substance in violation of Title 21 U.S.C. § 844(a).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

 **IT IS SO ORDERED.**

 April 30, 2025          s/*Michael J. Newman*
                     Hon. Michael J. Newman
                     United States District Judge